UNITED STATES DISTRCT COURT
EASTERN DISTRCT OF MISSOURI
EASTERN DIVISION

**SUPPRESSED**

FILED
SEP - 2 2026
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) No.
)
) 4:26CR00426-MTS RHH
ARMOND PAIGE, )
)
Defendant. )

**INDICTMENT**

The Grand Jury charges that:

**INTRODUCTION**

1. Beginning on August 14, 2022, Defendant Armond Paige ("the defendant") was employed as a mail carrier for the United States Postal Service and worked out of the Ferguson Post Office and at other times, out of the Maryville Gardens Post Office, in the Eastern District of Missouri.

2. As a mail carrier, the defendant was responsible for delivering all of the mail on his assigned routes.

3. Beginning at least as early as 2024, rather than delivering the mail on his assigned routes, the defendant deposited the mail in vacant lots, concealing it in tall weeds.

4. Between 2024 until at least as late as April 29, 2026, the defendant deposited at least 30,000 pieces of mail in abandoned lots in the Eastern District of Missouri. Because the mail was exposed to the elements, it was destroyed by dirt and water damage.

**COUNT 1**
**Destruction of Mail by a Postal Employee (18 U.S.C. § 1703(a))**

5. Beginning at least as early as 2024 through at least as late as April 29, 2026, in the Eastern District of Missouri, the defendant,

**ARMOND PAIGE,**

a United States Postal Service employee, unlawfully detained, delayed and destroyed mail entrusted to him and which came into his possession, and which was intended to be conveyed by mail, and carried by an employee of the Postal Service, and was forwarded through and delivered from any post office established by authority of the Postmaster General and the Postal Service, in violation of Title 18, United States Code, Section 1703(a).

**FORFEITURE ALLEGATION**

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, upon conviction of an offense in violation of Title 18, United States Code, Section 1703, as set forth in Count 1, the Defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such violation. Subject to forfeiture is a sum of money equal to the total value of property, real or personal, constituting or derived from any proceeds traceable to such violation.

2. If any of the property described above, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without

difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

__________________________

FOREPERSON

THOMAS C. ALBUS
United States Attorney

__________________________

Gwendolyn E. Carroll #4657003NY
Assistant United States Attorney